IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| JERVIS BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:22cv202-MHT |
| | ) | (WO) |
| HEATH TAYLOR, Sheriff, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit challenging conditions of confinement at the Russell County Jail. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of June, 2024.

                                      /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**