IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| JERVIS BROWN, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 3:22cv202-MHT |
| ) | (WO) |
| HEATH TAYLOR, Sheriff, ) | |
| et al., ) | |
| ) | |
|     Defendants. ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's "motion to object" (Doc. 58) is construed as an objection to the recommendation, and the objection is overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 56) is adopted.

(3) This lawsuit is dismissed for failure to comply with court orders.

(4) The motion for a status update (Doc. 57) is

denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of June, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**